949 So.2d 423 (2007)
NORTH AMERICAN TREATMENT SYSTEMS, INC.
v.
SCOTTSDALE INSURANCE COMPANY, Wright & Percy Insurance, Inc. and Montgomery & Collins, Inc. of California.
No. 2006-C-2918.
Supreme Court of Louisiana.
February 16, 2007.
In re Scottsdale Insurance Co. et al.;  Defendant; Applying for Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. M, No. 463,104; to the Court of Appeal, First Circuit, No. 2005 CA 0081.
Denied.